UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KEVIN LINDELLE PARKER,

   Plaintiff,

v.

WICOMICO COUNTY SHERIFF'S OFFICE,
MICHAEL DAUGHERTY,
CORRECTIONAL OFFICER LETTMAN
and
JORDAN BANKS,

   Defendants.

Civil Action No. TDC-20-0479

**ORDER**

On February 24, 2020, Plaintiff Kevin Parker, then confined at the Wicomico County Detention Center ("WCDC"), filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On February 28, 2020, this Court issued an order directing the WCDC fiscal administrator to file an inmate account certificate. ECF No. 4. As part of that Order, the Court informed Parker that Local Rule 102.1(b)(iii) required him to notify the Court of any changes of address during the pendency of his case and warned him that failure to keep his address updated might result in dismissal of his case without prejudice. *See id.* at 2. In a March 16, 2021 Order directing WCDC to respond to Parker's allegations, the Court again reminded Parker of his obligation to keep his address upated and again warned him that failure to do so might result in dismissal of his case without prejudice. *See* ECF No. 7.

On June 14, 2021, mail sent by the Court to Parker was returned as undeliverable and marked "Inmate released – return to sender." *See* ECF No. 8. The envelope also contains a handwritten note indicating that Parker was released from WCDC on May 18, 2021. As noted,

Local Rule 102.1(b)(iii) requires *pro se* litigants to keep a current address on file and cautions such litigants that a failure to do so may result in dismissal of their claims. Parker has not contacted the Court to provide his current address, nor has the Court received any correspondence from him since March 13, 2020. The Court therefore no longer has any viable means to contact him.

Accordingly, it is hereby ORDERED that Parker's case is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to MAIL a copy of this Order to Parker at his last known address and to CLOSE this case.

Date: June 15, 2021

THEODORE D. CHUANG
United States District Judge